UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS

THE BURLINGTON INSURANCE COMPANY,

    Plaintiff,

vs.

4162 DOERR ROAD, INC. D/B/A MARSHALL
DISTRIBUTING, INC., ROBERT HASKETT,
and LAURA HASKETT,

    Defendants.

Case No: 4:18-cv-164-JM

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiff The Burlington Insurance Company, by and through its undersigned counsel, hereby provides notice, pursuant to FRCP 41(a), that it is voluntarily dismissing this action without prejudice. Defendants have not served an answer or motion for summary judgment.

Respectfully submitted,

FUQUA CAMPBELL, P.A.
Riviera Tower
3700 Cantrell Road, Suite 205
Little Rock, Arkansas 72202
(501) 374-0200 – Telephone

By:   /s/ Phil Campbell
Phil Campbell, Ark. Bar No. 81028
Annie Depper, Ark. Bar No. 2009267

ATTORNEYS FOR PLAINTIFF